IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE HOPPERS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NO.: |
| | ) | |
| VS. | ) | CV-00-AR-3238-S |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff Joe Hoppers alleges that, at all times material herein, he was an adult citizen of the State of Alabama and resides within the jurisdiction of this Court, in Montevallo, Alabama.

2. Plaintiff Joe Hoppers further alleges that, at all times material herein, the Defendant Wal-Mart Stores, Inc. was a corporation licensed to and doing business within the jurisdiction of this Court, in Shelby County, Alabama.

### STATEMENT OF JURISDICTION

3. Plaintiff alleges that federal jurisdiction exists in this controversy, as Plaintiff's claim is against a foreign corporation, and the matter in controversy exceeds $75,000.00. 28 USC§1332.

## STATEMENT OF THE FACTS

4. Plaintiff Joe Hoppers alleges that on or about November 23, 1999, in the early evening, he visited the Wal-Mart Super Center in Inverness, Shelby County, Alabama.

5. Plaintiff further alleges that he was in the gardening shop of said Wal-Mart and that he was a business invitee in said store.

6. The Plaintiff further alleges that in the gardening shop, attached to the main store, the Defendant Wal-Mart had set out many red poinsettias for the upcoming holiday season and the many poinsettias resulted in a narrow corridor in which the Plaintiff had to walk from the garden shop into the store.

7. Plaintiff further alleges that as he was walking through the narrow corridor between the many poinsettias, he was caused to slip and fall due to water that had dripped from the poinsettias.  The Defendant had allowed water to drip from the plants, into the narrow, corridor walkway, thereby creating a slippery and hazardous walking condition to individuals lawfully using the area.

8. Plaintiff further alleges that as a result of after slipping and falling on the floor, he was injured as set out in Count One.

## COUNT ONE
### (NEGLIGENCE)

9. Plaintiff Joe Hoppers adopts by reference each and every allegation set forth in the Statement of the Parties and Statement of the Facts as if fully set out herein.

10. Plaintiff further alleges that he was a business invitee in the Wal-Mart Store and that the Defendant Wal-mart Stores, Inc. and its employees, had a duty to provide a safe and secure store, particularly not allowing water to drip in the walking areas of customers.

11. Plaintiff further alleges that as a direct and proximate result of the aforesaid negligence on behalf of the Defendant Wal-mart Stores, Inc. and its employees, he was caused to suffer the following injuries and damages, to-wit:

A. He injured his right knee;

B. He was caused to suffer pain and discomfort;

C. He also was caused to incur medical expenses;

D. He was permanently injured;

E. He was caused to lose wages from his employment; all of said injuries and damages are continuing in nature.

WHEREFORE, the Plaintiff Joe Hoppers demands compensatory damages against the Defendant Wal-Mart Stores, Inc., in an amount to be determined by a struck jury, plus interest and costs.

_____
ROGER K. FUSTON
Attorney for Plaintiff

**OF COUNSEL:**
**FUSTON & FRENCH, L.L.P.**
301 Title Building
300 North 21st Street
Birmingham, Alabama 35203
(205) 254-3000

## JURY TRIAL

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY IN THIS ACTION.**

_____
ROGER K. FUSTON

## SERVE DEFENDANTS BY CERTIFIED MAIL

Wal-Mart Stores, Inc.
C/O CSC Lawyers Incorp. Services, Inc.
57 Adams Avenue
Montgomery, Alabama  36104